**DISMISS and Opinion Filed August 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00406-CV**

**JANE DOE, Appellant**
**V.**
**EARTH DAY TEXAS, INC. D/B/A EARTH X AND STEPHEN EVANS,**
**Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00002**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

The clerk's record in this case is past due. By letter dated August 10, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs.[1] We cautioned appellant that failure to do so would result in the

---

[1] Appellant has not paid the filing fee or filed a docketing statement.

dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


210406F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JANE DOE, Appellant

No. 05-21-00406-CV          V.

EARTH DAY TEXAS, INC. D/B/A
EARTH X AND STEPHEN
EVANS, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-00002.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 30, 2021